■ KIRSTEN E. WESTPHAL, Respondent, v GREYHOUND LINES, INC., et al., Appellants. [820 NYS2d 613]—In an action to recover damages for wrongful death, etc., the defendants appeal from an order of the Supreme Court, Queens County (Grays, J.),

dated June 15, 2005, which granted the plaintiff's motion for summary judgment on the issue of liability and denied, as academic, their cross motion for an open commission to take a nonparty deposition.

Ordered that the order is affirmed, with costs.

The evidence submitted by the plaintiff established a prima facie showing of entitlement to judgment as a matter of law on the issue of the defendants' liability (*see Alvarez v Prospect Hosp.*, 68 NY2d 320, 325 [1986]). Any minor inconsistencies in the testimony of the plaintiff's witnesses were insufficient in this case to raise a bona fide issue as to their credibility (*see Coughlin v Bartnick*, 293 AD2d 509 [2002]).

The defendants' remaining contentions are without merit. Schmidt, J.P., Santucci, Luciano and Covello, JJ., concur.